UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY YVETTE YOUNG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:15CV01222 ERW |
| | ) | |
| JOHNSON & JOHNSON, JOHNSON & | ) | |
| JOHNSON CONSUMER COMPANIES, and | ) | |
| IMERYS TALC AMERICA INC., F/K/A | ) | |
| LUZENACK AMERICA INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER OF REMAND

This motion comes before the court on Plaintiffs' motion to remand. [ECF No. 28] Persuaded by the well-reasoned and thorough order of the Honorable Catherine E. Perry in *Farrar v. Johnson & Johnson*, et al., 4:15-cv-01219, this Court agrees Plaintiffs' motion to remand in this case should be and will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for remand [ECF No. 28] is granted, and this case is remanded to the 22nd Judicial Circuit Court of the City of St. Louis, Missouri.

**IT IS FURTHER ORDERED** that all pending motions are denied without prejudice to being refiled in state court.

Dated this 16th Day of October, 2015.

_E. Richard Webber_
_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE